MARCH 27, 2015

Cathy Lusk
12TH COURT OF APPEALS
1517 W. FRONT, STE. 354
Tyler, TX 75702


FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 3 0 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

RE: Tr. Ct. No. 2009-0698CC
Zuazu, Pablo D.

Dear Clerk:

Enclosed for filing and the court's attention is my "Petition for a Writ of Mandamus" against the County Court at Law, #1, in Athens.

Please forward my application to the Justices.

Thank You,

Pablo Zuazu

Pablo Zuazu
P O Box 9000
HENDERSON TX
75653

No. 12-15-00079-CR

FILED IN COURT OF APPEALS
12th Court of Appeals District
MAR 30 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

IN RE                    §        COURT OF APPEALS

Zuazu, Pablo            §        12 DISTRICT

To the HONORABLE 12TH COURT of APPEALS,
Comes Pablo Diego Zuazu, PURSUANT Rule 38,
TEXAS Rules of APPELLATE Procedure, SEEKING
MANDAMUS Relief To COMPEL A COURT IN this
Jurisdiction To PERFORM a MINISTERIAL duty.

## Jurisdiction

By statute, this court has authority To
issue writs AGAINST a Judge of AN INFERIOR
COURT in this district. SEE TEX. GOV'T CODE
ANN. § 22.221 (a),(b)(1) (WEST 2004).

## VENUE

VENUE is PROPER, as No other authority To

## VENUE

(CONT'd) issue WRits against the RESPONdENT is available in this district.

## Parties

### Relator

Pablo D. Zuazu
PO Box 9000
HENderson TX
        75653

### RESPONDENT

Scott Williams
Judge, County Court
100 E. Tyler St, RM 101
Athens, TX 75751

## EXHAUSTION

Relator has No other adequate Remedy at Law available, And RESPONdENT has ExPRESSEd his intention To ABSTAIN from Ruling on Relator's Motions.

## HISTORY

The underlying cause giving rise to Relator's Petition involves a "Motion To Revoke Community Supervision" (in the Trial Court Cause Number shown at the Top of this Page), Filed on the 27TH of July, 2010, in HENDERSON County, TX.

ON January 5, 2015, Relator Filed his Motion Pursuant Sec. 21 (b), Art. 42.12 of Texas Code of Criminal Procedure, Requesting a hearing (A.k.A 'a twenty (20) day hearing').
(See APPENDix, 'A')

ON January 27, 2015, After No hearing was set, Relator Filed a "Motion To Quash Petition To Revoke." (See APPENDix 'B').

## History

(CONT'd)

ON MARCH 3, 2015, Relator formally requested the Court Rule on his motions. (See Appendix 'C'.)

IN RESPONSE, Judge Scott Williams sent Relator a reply on March 9, 2015, indicating his disinclination to Rule on the Motions. (See Appendix 'D'.)

## Application

The function of the writ of mandamus is to compel action by virtue of their official or quasi-official positions are charged with a positive duty to act. See IN Re Castle Tex.

Application

(con'd) Prod. Ltd. P'ship, 189 SW3d 400, 403 (Tex. App. - Tyler 2006, orig. proceeding).

Further, Mandamus relief is Proper to enforce a trial court's duty to perform the ministerial acts of giving consideration to and ruling on motions properly filed before it. IN re Newby, 280 SW3d 298, 300 (Tex. App. - Amarillo 2007), citing IN re Christensen, 39 SW3d 250, 251 (Tex. App. - Amarillo 2000) (orig. Proc.).

IN this case, the Judge is expressing his intention of disregarding Relator's motions for a hearing and to quash the MTR. The Respondent Judge clearly has a duty to act.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Relator PRAYS Relief be GRANTED and MANDAMUS issue COMPELLING the RESPONDENT Judge to act in his duty To Rule on Relator's MOTIONS.

So PRAYED,

Pablo Zuzu

## VERIFICATION

I, Pablo D. Zuzu, do hereby declare under PENALTY of PERJURY that the FACTS stated HEREIN are true & CORRECT, and the COPIES of documents in the APPENDIX attached HERETO ARE GENUINE.

Pablo Zuzu

EXECUTED MARCH 27, 2015, iN Rusk County, TX.

# IN RE ZuaZu

## APPENDIX

"APPENDIX 'A'___ MOTION FOR HEARING"...

APPENDIX 'B' _____ "MOTION TO Quash"..

APPENDIX 'C' _____ REQUEST FOR Ruling .

APPENDIX 'D' _____ LETTER FROM Judge .

# APPENDIX "A"

RECEIVED BY

JAN 5, 2015

NANCY A PERRYMAN

FILED FOR RECORD
2015 JAN -5 AM 10: 53

HENDERSON COUNTY, TEXAS

30 December 2014

Juli DeMoss, Court Coordinator
Henderson County Judicial Complex
109 W. Corsicana St, Ste. 106
Athens, TX 75751

RE: Cause No. 2009-0698CL
PABLO D. Zuazu, Defendant

Dear Court Coordinator:

Enclosed for Filing and the Attention of the Judge in Room 103 is my "Motion For Hearing on Petition."

Please direct said Motion to the Proper docket, for setting within the twenty (20) days provided under 42.12 Sec. 21(b) (Tex. Code Cr. Proc.),

Service upon Counsel for the state is made this day by 1st Class Mail, at the address below.

CC: CLINT DAVIS, COUNTY ATTY.
DISTRICT Atty's Office
109 W. Corsicana RM 100
100 E. Tyler St.
ATHENS TX 75751

Pablo D. Zuazu #1908212
P.O. Box 9000
Henderson TX 75653

Cause No. 2009-0698CL

FILED FOR RECORD
2015 JAN -5 AM 10: 53

HENDERSON COUNTY, TEXAS

State            §        County Court @ Law

V.               §        Henderson County

Pablo Zuazu      §        State of Texas

---

## Motion For Hearing on Petition

---

To the Honorable County Court:

Comes Pablo D. Zuazu, Defendant in the above-numbered matter, and pursuant Sec. 21(b), of Art. 42.12, of Texas Code of Criminal Procedure, Requesting A Hearing on the State's Petition to Revoke Probation in the instant cause, or "Motion to Revoke Community Supervision," Filed July 27, 2010, in said County Court.

Pablo D. Zuazu #1908212
P.O. Box 9000
Henderson TX 75653

Respectfully Requested,

# APPENDIX 'B'

January 27, 2015

Yvonda Murry
Coordinator, County Court
100 E. Tyler, Rm 101,
Athens, TX 75751

RE: Motion To Quash Petition
No. 2009-0698 CL

Dear Clerk:

Enclosed for filing and Judge Limik-
ston's immediate attention is my "Motion To
Quash Petition To Revoke", in the above-
referenced cause.

Please notice my Certification on Page Five
of the Notical Service made to the County
Attorney, Clint Davis, 100 E. Tyler, Rm 100,
Athens, TX 75751.

Sincerely

Pablo Zuniga
P.O. Box 7000
Henderson TX 75653

Pablo D. Zuniga

Cause No. 2009-0698 CL

| State of Texas | § | County Court @ Law |
| Vs. | § | Henderson County |
| Pablo Diego Zuazu | § | State of Texas. |

## MOTION TO QUASH Petition To Revoke

To the Honorable County Court at Law,
Comes Pablo D. Zuazu, Defendant in the cause numbered above And Pursuant Art. 42 12, § 21(6), Texas Code of Criminal Procedure, Respectfully Requests that the Court dismiss the State's MOTION TO REVOKE PROBATION.

IN SUPPORT of This Motion the Defendant/Movant would show the Court the following:

1. MOTION FOR HEARING

    a.) That on January 5, 2015, he Filed a "Motion For Hearing on Petition" ...Requesting a hearing on the state's July 27, 2010, Motion To Revoke Probation;

    b.) That the Period of Supervision this Court imposed on 3/23/2010 Has been EXPIRED Nearly Five Years;

    c.) That more than TWENTY (20) days have elapsed since the Filing of my Motion and No hearing has been scheduled; and

    d.) Since the allegations in the Motion To Revoke involve events occurring more than Four (4), and almost Five (5)

Cause No. 2009-0698 CL

(MOTION TO QUASH) ∮ PAGE THREE

d.)( CONT'd ) Years (have elapsed ) AGO, The defense is PREJUDICED, Perhaps irreparably, in its ABILITY TO locate evidence and WITNESSES OR rely on State evidence on the State's behalf.

2. Rule of Law

ON MOTION BY The defendant The Judge SHALL cause the defendant To be brought before the Judge For a hearing within twenty (20) days of Filing said Motion. Art. 42.12 ∮ 21 (b) TEX. Code CRIM. PROC.

3. Application

Defendant' Motion For Hearing on Petition Was Filed For the intents and

3.) (Costs) Purposes Provided For in Sec. 21(b)(CCP), on January 5, 2015; And Defendants hereby Asserts his entitlement To Any And All RIGHTS AVAILABLE him.

As they would relate in this case, the INTERESTS of Justice And A Fair hearing were more Than available To The State over The last couple Years. The State's Failure To Prosecute its <u>July 27, 2010, Motion To Revoke</u>, or Facilitate a hearing on said Motion, within The "Twenty (20) day REQUIREMENT," Cannot be Justified or Excused For cause. The only relief compatible is dismissal of The Motion To Revoke. (See <u>WHISENANT vs State</u>, 557 SW 2d 102 (TEX. CRIM. APPEALS).

Cause No. 2009-0698CL

## P R A Y E R

4.) WHEREFORE, Defendant having filed his Motion For Hearing, pursuant Texas Code of Criminal Procedure, Art. 42.12 §21(b) And No hearing having been scheduled as of this date MOVANT REQUESTS that The State's "Motion To Revoke Probation" be Quashed/Dismissed.

Respectfully,

January 27, 2015

PABLO D. Zuazu

## Certification

I hereby Certify that the facts stated herein ARE true & correct, And that service of same is made this day by U.S. Mail, To The County Atty. Executed 1/27/15 in HENDERSON, TX.

PABLO D. Zuazu

March 3, 2015

Yvonda Murry
Coordinator County Court at Law
100 E. Tyler, Rm 101
Athens, Tx 75751

RE: No. 2009-0698-CL
Pablo D. Zuazu

Dear Ms. Murry:

Please consider this my formal request for the Court's ruling on my January 27 "Motion to Quash Petition to Revoke".

On January 27, 2015, along with my motion, I requested that you return a bates-stamped copy of my "Motion to Quash Petition" in the S.A.S.E. enclosed; you did not send it. I inquired into the status of said motion on Febuary 18, 2015, yet never received any reply from your office. Could you please comply.

Also, please bring this request to the Judge's attention; immediately.

Thankyou in advance,

*Pablo D. Zuazu*

Pablo D. Zuazu #1908212
P.O. Box 9000
Henderson, Tx 75653

-Pablo D. Zuazu

# COUNTY COURT AT LAW



**SCOTT WILLIAMS**
JUDGE

**LAURIE C. BROWN**
COURT REPORTER

**STACEY NORMAN**
COURT COORDINATOR

## HENDERSON COUNTY COURTHOUSE

100 E. Tyler St.
Courthouse Room 101
Athens, Texas 75751
Ph (903) 675-6162
Fx (903) 675-6191

March 9, 2015

Mr. Pablo D. Zuazu
#1908212
PO Box 9000
Henderson, Texas 75653

      RE:    Cause No. 2009-0698CL; *The State of Texas v. Pablo D. Zuazu*

Dear Mr. Zuazu:

      I am in receipt of your letter dated March 3, 2015, which is attached hereto for reference. I do not make rulings of this nature without either (1) an agreement with the county attorney's office, or (2) a formal hearing. Any corespondance to be filed in this matter by either the State of Texas or yourself should be directed to the County Clerk. Her information is as follows:

**Mary Margaret Wright**
**Henderson County Clerk**
125 N. Prairieville St.
Room 101
Athens, Texas 75751

      Sincerely yours,

Scott Williams
County Court at Law

DSW/sn

cc:    Clint Davis, Henderson County Attorney